**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUANCARLOS GARCIA TORRES,<br>Petitioner,<br>v.<br>CHESTNUT,<br>Respondent. | Case No. 1:26-cv-05359 JLT FJS (HC)<br>A-Number: 095-048-813<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br>(Docs. 7, 8, 9, 10) |

JuanCarlos Garcia Torres is an immigration detainee and proceeds with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention. (*See generally* Doc. 1.) The magistrate judge found Petitioner's detention following revocation of his release on supervision was in accordance with 8 C.F.R. § 241.13(i) and did not violate his due process rights. (Doc. 7 at 3-4.) The magistrate judge also found that Petitioner is "lawfully detained pursuant to a final removal order because his detention began after the ninety-day removal period" and "he has been detained for less than the six-month presumptively reasonable period of detention." (*Id.*) Therefore, the magistrate judge recommended the Court dismiss the petition without prejudice. (*Id.* at 5.)

On September 17 and September 21, 2026, Petitioner filed motions for the Court "to adopt the magistrate judge's order to respond, order setting briefing schedule and to electronically

file… necessary documents." (Doc. 8 at 1; Doc. 9 at 1.) These motions misconstrue the orders setting briefing schedule and the Findings and Recommendations as recommending that the court grant all or part of Petitioner's requests for relief. (*See, e.g.* Doc. 8 at 6 ["Petitioner continues to remain detained notwithstanding the Magistrate Judge's Orders"]; Doc. 9 at 5 ["The Orders already reflect the Magistrate Judge's considered analysis of the legal issues presented in the case. Although those Orders are not final until acted upon by the District Court, they nevertheless demonstrate that, after full briefing and review of the record, a federal judicial officer concluded that *Habeas* relief is warranted"].) For this reason, Petitioner's motions are denied.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Petitioner did not file any objections that substantively address the Findings and Recommendations, or otherwise dispute the findings that Petitioner's detention is lawful and any claim for prolonged detention is premature. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 16, 2026 (Doc. 7) are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DISMISSED** without prejudice.
3. Petitioner's motions to adopt the magistrate judge's orders (Docs. 8, 9) are **DENIED**.
4. Petitioner's motion to appoint counsel (Doc. 10) is terminated as **MOOT**.
5. The Clerk of Court is directed to terminate all pending matters and close this case. The Clerk of Court shall also serve the California City ICE Detention Facility with a copy of this order.

IT IS SO ORDERED.

Dated: October 13, 2026

[signature: Jennifer L. Thurston]
UNITED STATES DISTRICT JUDGE